=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------

No. 149  SSM 12
Calvin E. Thomas,
          Respondent,
        v.
New York City Housing Authority,
          Appellant.



        Submitted by Patrick J. Lawless, for appellant.
        Submitted by Blake G. Goldfarb, for respondent.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On review of submissions pursuant to section 500.11 of the Rules,
order reversed, with costs, case remitted to the Appellate
Division, First Department, for consideration of issues raised
but not determined on the appeal to that court, and certified
question answered in the negative.  The allegations in the notice
of claim were not sufficient to put defendant on notice of the
allegations in the bill of particulars concerning the handrail.
Chief Judge Lippman and Judges Read, Pigott, Rivera,
Abdus-Salaam, Stein and Fahey concur.


Decided June 4, 2015